1  STEVEN D. PARK (SBN 215219)
    *spark@kslaw.com*
2  BRIAN PRIESTLEY (SBN 301586)
    *bpriestley@kslaw.com*
3  **KING & SPALDING LLP**
   633 West 5th Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5
   Attorneys for Defendant
6  EQUIFAX INC.

7

8

9

10

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  DAVEDIA SHARMAINE LAMAR, | Case No. 5:18-CV-01369-JFW-SK |
| 12  Plaintiff, | |
| 13  v. | **DEFENDANT EQUIFAX INC.'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PROPOSED STATEMENT OF DECISION** |
| 14  EQUIFAX INC, | |
| 15  Defendant. | |
| 16 | |

17

18

19

20

21

22

23

24

25

26

27

28

EQUIFAX'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PROPOSED
STATEMENT OF DECISION – USDC CASE NO. 5:18-CV-01369-JFW-SK

1  **TO THE COURT AND ALL PARTIES OF RECORD:**

2        Defendant Equifax Inc. ("Equifax") submits the following response, in

3  writing, to the Court's August 17, 2018 order to show cause ("OSC") regarding

4  Equifax's Proposed Statement of Decision as required by Paragraph 5(f) of the

5  Court's Standing Order.

6        Equifax complied with Paragraph 5(f) of the Court's Standing Order.  On

7  August 14, 2018, Equifax lodged its Proposed Statement of Decision Granting

8  Defendant Equifax Inc.'s Motion for Immediate Stay as a PDF attachment to a

9  filed Notice of Lodging of Proposed Statement of Decision, as required by

10  Paragraph 5(f) of the Standing Order and Local Rule 5-4.4.  *See* Dkt. Nos. 14 and

11  14-1.  A Word version of the Proposed Statement of Decision was also emailed to

12  chambers on August 14, 2018, and courtesy and mandatory chambers copies were

13  thereafter delivered to the department as well.

14        Accordingly, Equifax respectfully requests that the Court take notice of its

15  compliance by not issuing sanctions as described in its OSC.

16

17  DATED: August 20, 2018                    **KING & SPALDING LLP**

18

19                                        By:    */s/ Steven D. Park*
                                               Steven D. Park
20                                             Brian Priestley
                                               Attorneys for Defendant
21                                             EQUIFAX INC.

22

23

24

25

26

27

28
                                        2